

# Case Assignment
## Standard Criminal Assignment

Case number **3:22CR-124-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 10/4/2022 1:48:17 PM
Transaction ID: 70008

[ Request New Judge ]   [ Return ]